**Electronically Filed
Supreme Court
SCPW-23-0000138
16-MAR-2023
10:03 AM
Dkt. 4 ORD**

SCPW-23-0000138

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

IN THE MATTER OF LISA LEYDON

_____

ORIGINAL PROCEEDING

ORDER

(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of petitioner's letter dated November 26, 2021 that was received by the court on November 30, 2022, which was filed as a petition for writ of mandamus on March 16, 2023, the documents attached thereto and submitted in support thereof, and the record, it appears that petitioner is not entitled to the requested extraordinary relief from this court. See Kema v. Gaddis, 91 Hawai'i 200, 204, 982 P.2d 334, 338 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action; a writ of mandamus is not intended to supersede the

legal discretionary authority of the trial courts, cure a mere legal error, or serve as a legal remedy in lieu of normal appellate procedures).  Accordingly,

It is ordered:

1.   The petition for writ of mandamus is denied; and,

2.   The clerk of the appellate court shall process the petition for writ of mandamus without payment of the filing fee.

DATED: Honolulu, Hawaiʻi, March 16, 2023.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins